IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AFFINITY LAND SERVICES, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AMERICAN SAFETY INDEMNITY COMPANY, et al. | : | NO. 15-6560 |

## ORDER

**AND NOW**, this 29th day of March, 2016, upon consideration of the Joint Motion for Remand Filed by Plaintiff Affinity Land Services, LLC and Defendant Stonegate Mortgage Corporation (Docket No. 19), and all documents filed in connection thereto, and upon consideration of Defendant American Safety Indemnity Company's Motion to Strike Stonegate Mortgage Corporation's Objection to Removal of the Action (Docket No. 18), and all documents filed in connection with that Motion, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** as follows:

1. The Joint Motion for Remand (Docket No. 19) is **DENIED**.

2. The Motion to Strike Stonegate Mortgage Corporation's Objection to Removal of the Action (Docket No. 18) is **GRANTED**, and Stonegate Mortgage Corporation's Objection (Docket No. 13) is hereby **STRICKEN** from the Docket of this matter.

BY THE COURT:

/s/John R. Padova

John R. Padova, J.